**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ana Laura Palestina Zermeno, | No. CV-21-01910-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Pending before the Court is Plaintiff's Motion to Seal (Doc. 7). Although Defendant has not yet responded, the Court will grant Plaintiff's Motion.

The public has a general right to court documents unless a party presents compelling reasons to seal a filing. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Here, Plaintiff seeks to seal its original Complaint (Doc. 1) because it contains the full names of minor children. Plaintiff has since filed a First Amended Complaint that redacts the names (Doc. 6).

Federal Rule of Civil Procedure 5.2(a) requires that the names of minor children be redacted. Therefore, the Court finds Plaintiff has presented sufficiently compelling reasons to seal the Original Complaint.

Accordingly,

…

…

…

1   **IT IS HEREBY ORDERED** that Plaintiff's Motion to Seal (Doc. 7) is **granted**.
2   The Clerk of Court shall file maintain under seal the document currently filed at Doc. 1.
3   Dated this 19th day of November, 2021.

_____
Honorable Diane J. Humetewa
United States District Judge